

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00463-CV

The Port of Corpus Christi, LP and 361 Holdings, LLC

v.

Port of Corpus Christi Authority of Nueces County, Texas and Sean Strawbridge, in his official capacity as Chief Executive Officer

On Appeal from the
156th District Court of San Patricio County, Texas
Trial Court Cause No. S-19-5050-CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 21, 2023